173 A.3d 596

CITIZENS UNITED RECIPROCAL EXCHANGE, PLAINTIFF-PETITIONER, v. NORTHERN NJ ORTHO SPECIALISTS, DEFENDANT-RESPONDENT.

C–306 September Term 2017
079740

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001669–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

173 A.3d 597

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN S. HILKEVICH, DEFENDANT-PETITIONER.

C–308 September Term 2017
078961

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004984–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.